## UNITED STATES OF AMERICA
### U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.
and DUNDEE URGENT CARE, P.C.,

                                                     Case No. 2:15-cv-10440-JCO-DRG

       Plaintiffs,


 -vs-


INNOVATIVE HEALTHCARE
SYSTEMS, LLC, and JOHN DOES 1-10,

          Defendants.

### NOTICE OF DISMISSAL

NOW COME the Plaintiffs, by and through their undersigned attorneys, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby voluntarily dismiss Plaintiffs' individual claims against Defendant without prejudice, and with each party bearing its own costs. Plaintiffs' class claims are dismissed without prejudice and with each party bearing its own costs. This notice of dismissal disposes of the entire action.

Respectfully submitted,


**PLAINTIFF**

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.
and DUNDEE URGENT CARE, P.C.,

/s/ Daniel A. Edelman
Daniel A. Edelman
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

/s/ Adam G. Taub
Adam G. Taub (P48703)
7200 W 10 Mile Rd Suite 200
Southfield, MI 48075
Phone:  (248) 746-3790
Email:  adamgtaub@clgplc.net

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. Edelman, certify that on April 15, 2015, I caused a true and accurate copy of the foregoing document to be filed, via the Court's CM/ECF system, and to be served, as indicated, on the following parties:

VIA US MAIL to:

> Innovative Healthcare Systems, LLC
> 420 S. State Road 7, Suite 118
> Royal Palm Beach, FL 33414

VIA US MAIL AND E-MAIL:

> Lewis S. Wiener
> Sutherland Asbill & Brennan LLP
> 700 Sixth Street, NW, Suite 700
> Washington, DC 20001-3980
> Lewis.Wiener@sutherland.com

<u>/s/ Daniel A. Edelman</u>
Daniel A. Edelman
Cathleen M. Combs
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
Email: dedelman@edcombs.com

Daniel A. Edelman
Cathleen M. Combs
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)